CONTRACT NO. 665-22-24053

STATE OF NEW MEXICO
FOR
Medical Staffing Services

THIS AGREEMENT is made and entered into by and between the New Mexico Department of Health and the State of New Mexico, herein after referred to as the "Agency", and Jogan Health, LLC, herein after referred to as the "Contractor."

IT IS MUTUALLY AGREED BETWEEN THE PARTIES:

1. DEFINITIONS

A. "Agreement Administrator" means the individual appointed by the SPA to administer the Price Agreement.

B. "Assignment" means the deployment of a Practitioner or Support Service Provider to provide Services to a Participating Facility as indicated in a Service Order.

C. "Business Hours" means 8:00 a.m. to 5:00 p.m. Mountain Time.

D. "Crisis Response Teams" means both one or more Hospital Crisis Response Team(s) and one or more Long-Term Care Crisis Response Teams.

E. "Hospital Crisis Response Team" means a group of Practitioners that are of a type and number requested by the Agency and deployed for Hospital Assignment.

F. "Local public body" means every political subdivision of the state and the agencies, instrumentalities, and institutions thereof.

G. "New Mexico State Purchasing Agent" or "NMSPA" means the purchasing agent for the State of New Mexico or a designated representative. May be used interchangeably with "State Purchasing Agent" or "SPA".

H. "Participating Facility" means a hospital, in-patient nursing or rehabilitation facility, or other health care facility to which a Practitioner or Support Service Provider is deployed for assignment by the Agency under this Contract.

I. "Practitioner(s)" means a Nurse Practitioner, Registered Nurse ("RN"), Geriatric/Skilled Nursing RN, Clinic RN, Correctional RN, Licensed Practical or Vocational Nurse, Certified Nurse Assistant ("CNA"), Clinical Technician, Social Worker, emergency medical technician ("EMT") Healthcare "Technician, Paramedic/Pandemic Healthcare Worker, Pharmacist, Medical Assistant, Respiratory Therapist, Medical Lab Technician, and other clinical, nursing and allied healthcare professionals (not including advanced practice nurses or physicians) who are offered to the Agency by Contractor as candidates for performing work for the Agency on a temporary or supplemental basis.

Jogan Health, LLC/Evans Legal Group                                                R10/21

EXHIBIT
1

J.      "Price Agreement" means a definite quantity contract or indefinite quantity contract which requires the Contractor to furnish items of tangible personal property or service to the procuring agency which issues a purchase order, if the purchase order is within the quantity limitations of the contract, if any.

K.      "Procuring Agency" means an agency of the executive, legislative or judicial branches of New Mexico state government as well as local public bodies including cities, counties, public schools, and institutions of higher education.

L.      "Products and Services Schedule" refers to the complete list of products and services offered under this agreement and the price for each. Product and service descriptions may be amended with the prior approval of the Agreement Administrator. New products and services shall not be added to the Products and Services Schedule.

M.      "Service Order" means each request for one or more Practitioners or Support Service Provider (or both), made by the Agency under this Contract. To be approved, Service Orders must be approved in writing by both parties to this Contract.

N.      "Services" means all the services described in the Scope of Work and any other services that will be performed by Contractor as described in any amendment to this Contract.

2.  Scope of Work

| TASK # | TASK | DELIVERABLES |
|---|---|---|
| 1. | Contractor will provide temporary Healthcare Practitioner and Support Service Provider Staffing. All Practitioners provided by Contractor shall be qualified health care providers. Contractor shall use its best efforts to provide only those Practitioners who (i) reside outside of New Mexico, or (ii) are not currently employed by a New Mexico health care facility, and (iii) are not currently providing temporary health care services within the State of New Mexico. All Support Service Providers shall have the training and experience to be qualified to provide and manage project management, logistical, and administrative Services necessary to support the deployment of over two hundred (200 Practitioners) to Participating Facilities as directed by THE DEPARTMENT.<br><br>All Practitioners and Support Service Providers recruited by Contractor and made available to THE DEPARTMENT for Assignment under this Contract shall possess the qualifications for performing the Services agreed to under this Contract, including all licenses, certifications, professional and industry standards as required under applicable New Mexico law and certifying boards for their particular | Contractor shall provide Healthcare Practitioners and Support Service Providers for deployment to Hospitals and other healthcare facilities as specified in writing by the DEPARTMENT |

Jogan Health, LLC/Evans Legal Group                                    R10/21

|  | Practitioner type. Contractor shall be responsible for reviewing and confirming the qualifications of all Practitioners and Support Service Providers providing Services under this Contract.<br><br>See Section B on page 4 with defines background checks and timelines. |  |
|---|---|---|
| 2. | In light of the need to deploy Practitioners for Assignment quickly, Contractor shall not be required to obtain or review all of the Qualifications Documentation listed in Section 4.1 above prior to deploying a Practitioner for Assignment. Instead, Contractor shall obtain or review (or both) the Qualifications Documentation in two stages as follows:<br>**Prior to Deployment:**  Prior to a Practitioner being deployed to New Mexico for an Assignment, Contractor shall review and obtain all of the following Qualifications Documentation from each Practitioner:<br>(i)      Primary Source professional license verification,<br>(ii)     CPR/Advanced Cardiovascular Life Support certification,<br>(iii)    Criminal Background Check (includes OIG/GSA check),<br>(iv)    Resume evidencing at least one year of work experience for the applicable Practitioner type, and<br>(v)     Proof of COVID-19 Vaccination (such proof to comply with the requirements under New Mexico 081721-PHO-Vaccines https://cv.nmhealth.org/wp-content/uploads/2021/08/081721-PHO-Vaccines.pdf<br>(v)     Proof of negative COVID-19 test result by PCR or antigen test.<br><br>**After Deployment:** After a Practitioner has been deployed to New Mexico for an Assignment, Contractor shall, with due speed (but in no event more than 90 days after the date of deployment), review or obtain (or both) all of the following Qualifications Documentation from each Practitioner or from a third- party as applicable or necessary:<br>(i)      Unit and medication competency exams,<br>(ii)     Negative 9-panel drug screen results (within 12-months prior to start; instant drug screen permitted),<br>(iii)    Negative PPD test results or QuantiFERON Gold (or, if past positive PPD, chest X-ray with TB questionnaire),<br>(iv)    Reliable proof of Varicella, Rubella, Mumps and Rubeola, and Hepatitis B vaccinations, and<br>(v)     Reference check results<br><br>THE DEPARTMENT agrees to treat all Qualifications Documentation, and other personnel information relating | Unless prohibited by applicable law, upon request by THE DEPARTMENT, Contractor shall use commercially reasonable efforts to provide to or make available for inspection by THE DEPARTMENT, the Qualifications Documentation. Contractor shall provide or make available to THE DEPARTMENT all Qualifications Documentation within 48 hours of THE DEPARTMENT request; however, Contractor shall not be expected to provide such Documentation to THE DEPARTMENT more than seven calendar days prior to any Practitioner or Support Service Provider's Assignment start date.<br><br>Unless prohibited by applicable law, upon request by THE DEPARTMENT, Contractor shall use commercially reasonable efforts to provide to or make available for inspection by THE DEPARTMENT, the Qualifications Documentation. Contractor shall provide or make available to THE DEPARTMENT all Qualifications Documentation within 48 hours of THE DEPARTMENT request; however, Contractor shall not be expected to provide such Documentation to THE DEPARTMENT more than seven calendar days prior to any Practitioner or Support Service Provider's Assignment start date.<br><br>In the event Contractor is prohibited from providing to THE DEPARTMENT with any or all Qualifications Documentation or making such Documentation available to THE DEPARTMENT for inspection, Contractor shall instead provide an attestation that a Practitioner or, as applicable Support Service Provider, |

3 of 24

to Practitioners and Support Service Providers as Confidential Information within the meaning of this Contract, including as required by applicable state and federal law, such as the Americans with Disabilities Act, and to not disclose such Documentation unless required by applicable law, or as expressly authorized in writing by the applicable Practitioner or Support Services Provides. THE DEPARTMENT also agrees to comply with all applicable laws governing the use and handling of personnel files and backgrounds checks, including, but not limited to, the federal Fair Credit Reporting Act, as well as any other applicable federal, state, or local laws.

THE DEPARTMENT may, for some position types or Assignments, agree to waive certain Qualifications Documentation requirements, all of which shall be made in writing (email shall suffice).

meets all of the qualifications required of such Practitioner or Support Service Provider under this Contract and in accordance with applicable law for the position to which they have been assigned under this Contract.

| 3. | **Service Order Process**<br>(A) For each new request for one or more Practitioners or Support Service Providers (or both), THE DEPARTMENT will send a Service Order request by email to Contractor. Each Service Order request will include the following information:<br>(a)      Type and number of Practitioners or Support Service Providers (or both), requested,<br>(b)      Date(s) and time(s) when Services are requested to be provided,<br>(c)      Location of Services, and description of facilities if applicable, and<br>(d)      Any additional pertinent information or special Practitioner or Support Service Provider requirements, such as bilingual language proficiency.<br><br>(B) Within 24 hours of receiving a Service Order request, Contractor shall respond by email accepting, rejecting, or requesting modifications to the Work Order Request. If Contractor rejects or requests modifications to the Service Order request, Contractor's response shall include a statement of Contractor's reasons. If Contractor requests modifications to the Service Order request, THE DEPARTMENT and Contractor may attempt to negotiate a solution acceptable to both parties. Acceptance of a Service Order request is not final until both parties have emailed the other with their acceptance of the terms of the Service Order request, which is then considered a mutually approved Service Order.<br><br>(C)  A mutually approved Service Order is a binding contract, subject to the terms and conditions of this Contract. Until a Service Order has been accepted by both parties, THE DEPARTMENT reserves the right to | Following the parties' approval of each Service Order, Contractor's Practitioners and, as applicable, Support Service Providers, shall perform the temporary staffing services of the Assignment as required by the approved Service Order.<br><br>In the event circumstances so require, THE DEPARTMENT and Contractor shall work together to float Crisis Response Teams or individual Practitioners or Support Service Providers between and among Assignments as THE DEPARTMENT and Contractor deem appropriate or necessary.<br><br>**Sentinel Event Reporting**<br>In the event of any unexpected incidents, including errors, unanticipated deaths, injuries, safety hazards or other events or claims ("Sentinel Events") involving or relating to any Practitioner or Support Service Provider, THE DEPARTMENT must report the Sentinel Event to Contractor within twenty-four hours of being made aware of such Event. Reports should include the name of the applicable Practitioner or Support Service Provider (or both) and any other persons involved, as well as the date, time, location, and description of facts and circumstances surrounding the Sentinel Event. The Parties agree to use reasonable efforts to |

Jogan Health, LLC/Evans Legal Group                                                    R10/21

negotiate the Service Order request with Contractor as well as with any other vendor of temporary health care practitioner and health care support staffing services THE DEPARTMENT does not guarantee Contractor any minimum number of Service Order requests or Service Orders under this Contract. However, the staffing guarantee is to be (5) 12-hour days. This can be modified by consent of both parties.

timely assist each other in conducting investigations of such Sentinel Events. In the event any Practitioner or Support Service Provider makes a claim against THE DEPARTMENT alleging any wrongdoing, THE DEPARTMENT shall immediately notify Contractor.

**Injury Procedure**
In the event of an unexpected injury to any Practitioner or Support Service Provider at a Participating Facility, Contractor shall advise the Practitioner or Support Service Provider to seek treatment at a third-party healthcare provider designated by Contractor unless the injury is an emergency. Contractor shall also promptly advise (email shall suffice) THE DEPARTMENT of such injury. In the event of an emergency, Contractor will immediately send the injured Practitioner or Support Service Provider to the closest emergency room and provide transportation if necessary or appropriate. Contractor must notify THE DEPARTMENT and the applicable point of contact or manager of the Participating Facility where the injury occurred within twelve (12) hours of learning of the injury and promptly complete, as may be requested by THE DEPARTMENT or the Participating Facility (or both), and submit a written
incident report to THE DEPARTMENT and, as may be applicable, the Participating Facility. The incident report will be in a format acceptable to such parties that includes the name of the Practitioner or Support Service Provider involved, as well as the date, time, location, and brief description of events and other persons involved in the incident.

| 4. | **Control and Supervision of Practitioner and Support Service Provider Services** | |
| --- | --- | --- |
| | Practitioners and Support Service Providers are not, and will not be, employees of THE DEPARTMENT. Practitioners and Support Service Providers are employees or independent contractors of Contractor. Therefore, Practitioners and Support Service Providers shall not be supervised by THE DEPARTMENT and with respect to | As an independent Contractor, Contractor shall retain sole control over the hiring, disciplining, or firing, or otherwise terminating a contract with, a Practitioner or, as applicable, a Support Service Provider. |

| | | |
|---|---|---|
| | THE DEPARTMENT, Practitioners and Support Service Providers shall at all times be independent Contractors. THE DEPARTMENT shall not, without the prior written consent of Contractor, permit or request that any Practitioner and Support Service Provider provide any Services, or perform any work or task, or render any Service that does not fall within the scope of a Practitioner's and Support Service Provider's qualifications, licensing, or confirmed Assignment.<br><br>THE DEPARTMENT is responsible for overseeing progress and for approving the completion of all Services provided by Practitioners and Support Service Providers. In the event a Practitioner's and Support Service Provider's work is insufficient, THE DEPARTMENT will promptly notify the applicable Practitioner or Support Service Provider or Contractor. | In the event Contractor or a Participating Facility terminates a Practitioner's Assignment for cause, e.g. due to being incapable of performing duties of the position, failing to adequately perform assigned duties, violation of any Contractor or Participating Provider policies and procedures, or failing to meet the qualifications of the position, Contractor shall invoice for, and THE DEPARTMENT shall only be required to pay for the hours worked by the applicable Practitioner prior to notice of cancellation or through the last date worked, whichever is later. |
| 5. | **Minimum Practitioner Pay**<br>In addition to payment for hours worked, THE DEPARTMENT shall pay Contractor for certain hours not worked by a Practitioner as set forth below. All compensation payable hereunder shall be calculated using the Practitioner's applicable Hourly Rate. In the event Contractor invoices THE DEPARTMENT for any compensation under this Section, Contractor shall not retain all such compensation for itself but shall disburse to its Practitioners the portion of such compensation that the Practitioner would have been entitled to have the Practitioner actually performed their Services pursuant to this Contract.<br><br>**Stand-Down Pay**<br>For each Practitioner who has not been provided with an Assignment but has nonetheless traveled to New Mexico for deployment as required under this Contract, Contractor shall have the right to invoice THE DEPARTMENT for up to seven (7) days of "Stand-Down Pay." Stand-Down Pay shall be calculated by multiplying the applicable Practitioner's Hourly Rate by (8) hours by the actual number of days the applicable Practitioner had to Stand-Down prior to being deployed for Assignment. In the event a Practitioner is not deployed for an Assignment at the end of seven (7) days, Contractor and THE DEPARTMENT shall confer to determine whether such Practitioner should remain in New Mexico subject to additional Stand-Down Pay or return home.<br><br>**Guaranteed Weekly Pay**<br>For each Practitioner who has, in fact, been deployed for Assignment, Contractor shall have the right to invoice THE DEPARTMENT for the greater of | **Timing of Invoicing**<br>Invoices for Temporary Staffing and related project management and administrative Services provided shall be invoiced in arrears for all Services performed by all Practitioner and Support Service Providers during the previous week. Invoices shall be submitted no more than once per week.<br>**Content of Invoices**<br>All invoices shall include the following information:<br>(i) date of invoice<br>(ii) invoice number<br>(iii) period of time covered by the invoice<br>(iv) total amount owing under the applicable invoice<br>(v) the total compensation paid to Provider under all previous invoices<br>(vi) not to exceed amount with the deployment as provided of an estimated 260 clinicians shall be $50-60 mm over 13 weeks balances remaining on the Maximum Not-to-Exceed Compensation based on all compensation paid under previous invoices;<br>(vii) name of contact, telephone number, and email address to whom billing questions and concerns can be addressed |

Jogan Health, LLC/Evans Legal Group                                                                 R10/21

(i) "Guaranteed Weekly Pay" or (ii) the actual number of hours worked by such Practitioner. Guaranteed Weekly Pay shall be calculated by multiplying the applicable Practitioner's Hourly Rate by twelve 12 hours for up to four days per week. Example: For the purpose of clarification the following is an example of when and how Contractor shall have the right to invoice THE DEPARTMENT for Guaranteed Weekly Pay: Assume a Practitioner is scheduled for five ten- hour shifts for the week starting on Monday, September 6 and ending on Sunday, September 12. At the end of the week, such Practitioner reports they worked all five shifts, but each shift was only eight (8) hours long due to the Participating Facility's lack of need of the Practitioner's Services. In such event, Contractor shall have the right to invoice THE DEPARTMENT for the forty (40) hours the Practitioner actually worked plus an additional eight (8) hours of Guaranteed Weekly Pay.

**Quarantine Pay**
In the event a Practitioner is required, under any applicable occupational health or safety regulation, to quarantine as a consequence of being exposed to, being infected with, or suffers from, a virus, disease, or an infection, while performing Services pursuant to this Contract, Contractor may invoice THE DEPARTMENT for up to five, eight (8) hour days ("Quarantine Pay") for each such Practitioner required to quarantine. If the Practitioner is required to quarantine for more than five (5) days, THE DEPARTMENT shall not be required to pay for any additional Quarantine Pay.

**Monthly Hourly Rate Reviews**.
Due to the fact that the COVID-19 pandemic is impacting the entire United States. the demand for Practitioners is at a premium. Accordingly, the parties agree to review the Hourly Rates every thirty (30) days during the term of this Contract to determine whether they need to be increased or decreased based on market conditions. In the event the parties agree to modify the Hourly Rates set forth in the budget section of this Contract, such modifications shall be documented in an amendment to this Contract.

**Travel and Other Expenses**
All compensation payable under this Contract is inclusive of all mobilization inbound and outbound travel, lodging, and other expenses Contractor may incur in the performance of this Contract. Accordingly, in no event shall the DEPARTMENT reimburse Contractor for any mobilization inbound and outbound travel, lodging or any other expenses Contractor may incur in the performance of

(viii)  line item for each Practitioner (and, if applicable each Support Service Provider) that indicates the hourly billing rate, the dates worked and the number of hours worked on each such date, the name of the Participating Facility where such Practitioner (and, if applicable each Support Service Provider) worked, and the total fees owing for such Practitioner's Practitioner (and, if applicable each Support Service Provider) Services

(ix) copies of each Practitioner's timecard

(x)  copies of the time sheet/timecard for each Practitioner (and, if applicable each Support Service Provider). In the event a Practitioner is entitled to any Stand-Down, Guaranteed Weekly, or Quarantine Pay, Contractor shall identify all such pay in its invoices.

| | | |
|---|---|---|
| this Contract. Daily transportation to/from site and hotel will be billed accordingly based upon the needs of each site. | | |

3.  <u>Compensation</u>

The Procuring Agency shall pay to the Contractor based upon fixed prices for each Deliverable item as listed here.

Deliverable item:                    U/I (unit of issue)                    Price

| Class | | Base Rate Per Hour |
|---|---|---|
| RN CU RN, Medical Surgical RN, Medical Surgical/TELE RN, Emergency Room RN | Each | $ 264.00 |
| NP/PA | Each | $ 286.00 |
| LPN | Each | $ 121.00 |
| Medical Assistant | Each | $  77.00 |
| CAN | Each | $  77.00 |
| Social Worker/Case Manager (Non-RN) | Each | $ 132.00 |
| EMT | Each | $  83.00 |
| Medical Laboratory Technician | Each | $ 143.00 |
| Pandemic Healthcare Worker | Each | $ 110.00 |
| Medical Technologist | Each | $ 154.00 |
| Pharmacist | Each | $ 286.00 |
| Facility Manager | Each | $ 149.00 |
| Logistics Support | Each | $ 160.00 |
| Administrative Assistant | Each | $  66.00 |
| Contact Tracer | Each | $  66.00 |
| Epidemiologist/Public Health | Each | $ 165.00 |
| Respiratory Therapist | Each | $ 225.00 |
| Mental Health Technician | Each | $  85.00 |
| Program Manager | Each | $ 175.00 |
| Transportation Coordinator | Each | $  85.00 |

These rates are "All Inclusive" and include hotel, per diem, one on-site coordinator per 50 employees provided, inbound mobilization and outbound demobilization travel. Based upon a guarantee of (5) 12-hour days minimum per 7-day work week from Saturday-Friday.

Additional On-Site Leads (Coordinators of employees, timecards, employee wellness, check-in, check-out), Transportation (24/7 site to hospital/LTCF), and additional project and logistics leadership will be billed per the rate table above.

Pricing is guaranteed for 30-day periods of time, at which time THE Contractor will meet with THE DEPARTMENT to discuss market conditions, trends and rates to ensure the pricing continues to be cost conscious. Should an adjustment be necessary, it will be implemented through an Amendment to this contract.

The total compensation under this Agreement shall not exceed $31,959,000.00, including New Mexico Gross Receipts tax. Gross Tax receipts will be added to program billing and will be billed to the State in addition to the amount billed under this contract.

4.    Payment Provisions

All payments under this agreement are subject to the following provisions.

A.    Acceptance - In accordance with Section 13-1-158 NMSA 1978, the agency shall determine if the product or services provided meet specifications.  No payment shall be made for any products or services until the products or services have been accepted in writing by the procuring agency.  Unless otherwise agreed upon between the procuring agency and the Contractor, within fifteen (15) days from the date the procuring agency receives written notice from the Contractor that payment is requested for services or within thirty (30) days from the receipt of products, the procuring agency shall issue a written certification of complete or partial acceptance or rejection of the products or services. Unless the procuring agency gives notice of rejection within the specified time period, the products or services will be deemed to have been accepted.

B.    Issuance of Orders - Only written signed orders are valid under this Price Agreement.  A Purchase Order is the approved form for state agencies issuing Contract Orders under this Price Agreement.  Other authorized government entities may utilize Purchase Orders or forms adapted by them for their own use.

C.    Payment of Invoice - Upon acceptance that the products or services have been received and accepted, payment shall be tendered to the Contractor within 30 days after the date of invoice.

(i) Payment of retainer: Invoicing of Retainers. Notwithstanding anything to the contrary or any other provision in this Contract New Mexico agrees to pay Contractor a retainer for each Practitioner and Support service Provided deployed for Assignment under this Contract. The retainer payable for each such individual is anticipated to work during the first week of Services provided by such Practitioner and Supports Service Provider multiplied by

the applicable Hourly Billing Rate.

(ii) Further, the Contractor may invoice the NM Department of Health weekly in advance for all Retainers payable for all Practitioners and Support Providers who will be deployed for Assignments during the following week ("Retainer Invoices"). Retainer invoices shall be documents separately from invoices submitted. Retainer Invoices may be submitted more frequently than once per week. All Retainer Invoices shall be paid according to standard billing practices.

(iii) Upon completion of this Phase of Services, Contractor shall apply all Retainers against all sums owing under the Contractor's final invoice. In the event the amount of all Retainers exceeds the sum of the Department of Health owes to the Contractor under the final invoice, such amount shall be returned to the NM Department of Health with (10) Business Days of the date of the final invoice.

5. Term

THIS AGREEMENT SHALL NOT BECOME EFFECTIVE UNTIL APPROVED IN WRITING BY THE AGENCY OR THE STATE PURCHASING AGENT, IF REQUIRED. This Agreement shall begin on date approved by the agency or the State Purchasing Agent, if the State Purchasing Agent has signed this Agreement, and end on June 30, 2022. The agency reserves the right to renew the contract on an annual basis by mutual Agreement does not exceed a total of 10 years in accordance with NMSA 1978 §13-1-150.

6. Default

The State reserves the right to cancel all, or any part of any orders placed under this contract without cost to the State, if the Vendor fails to meet the provisions of this contract and, except as otherwise provided herein, to hold the Vendor liable for any excess cost occasioned by the State due to the Vendor's default. The Vendor shall not be liable for any excess costs if failure to perform the order arises out of causes beyond the control and without the fault or negligence of the Vendor; such causes include, but are not restricted to, acts of God or the public enemy, acts of the State or Federal Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather and defaults of Subcontractors due to any of the above, unless the State shall determine that the supplies or services to be furnished by the Subcontractor were obtainable from other sources in sufficient time to permit the Vendor to meet the required delivery scheduled. The rights and remedies of the State provided in this paragraph shall not be exclusive and are in addition to any other rights now being provided by law or under this contract.

7. Termination

Jogan Health, LLC/Evans Legal Group                                    R10/21

A.     Grounds. The Agency may terminate this Agreement for convenience or cause. The Contractor may only terminate this Agreement based upon the Agency's uncured, material breach of this Agreement.

B.     Notice; Agency Opportunity to Cure.

1.     Except as otherwise provided in Paragraphs 7.A and 17, the Agency shall give Contractor written notice of termination at least thirty (30) days prior to the intended date of termination.

2.     Contractor shall give Agency written notice of termination at least thirty (30) days prior to the intended date of termination, which notice shall (i) identify all the Agency's material breaches of this Agreement upon which the termination is based and (ii) state what the Agency must do to cure such material breaches.  Contractor's notice of termination shall only be effective (i) if the Agency does not cure all material breaches within the thirty (30) day notice period or (ii) in the case of material breaches that cannot be cured within thirty (30) days, the Agency does not, within the thirty (30) day notice period, notify the Contractor of its intent to cure and begin with due diligence to cure the material breach.

3.     Notwithstanding the foregoing, this Agreement may be terminated immediately upon written notice to the Contractor (i) if the Contractor becomes unable to perform the services contracted for, as determined by the Agency; (ii) if, during the term of this Agreement, the Contractor is suspended or debarred by the State Purchasing Agent; or (iii) the Agreement is terminated pursuant to Paragraph 17, "Appropriations", of this Agreement.

C.     Liability.  Except as otherwise expressly allowed or provided under this Agreement, the Agency's sole liability upon termination shall be to pay for acceptable work performed prior to the Contractor's receipt or issuance of a notice of termination; provided, however, that a notice of termination shall not nullify or otherwise affect either party's liability for pre-termination defaults under or breaches of this Agreement. The Contractor shall submit an invoice for such work within thirty (30) days of receiving or sending the notice of termination. *THIS PROVISION IS NOT EXCLUSIVE AND DOES NOT WAIVE THE AGENCY'S OTHER LEGAL RIGHTS AND REMEDIES CAUSED BY THE CONTRACTOR'S DEFAULT/BREACH OF THIS AGREEMENT.*

8.     Amendment

A.     This Agreement shall not be altered, changed or amended except by instrument in writing executed by the parties hereto and all other required signatories.

B.     If the Agency proposes an amendment to the Agreement to unilaterally reduce funding due to budget or other considerations, the Contractor shall, within thirty (30) days of receipt of the proposed Amendment, have the option to terminate the Agreement, pursuant to the termination provisions as set forth in Paragraph 7 herein, or to agree to the reduced funding.

9.     Status of Contractor

The Contractor, and Contractor's agents and employees, are independent Contractors for the agency and are not employees of the State of New Mexico. The Contractor, and Contractor's agents and employees, shall not accrue leave, retirement, insurance, bonding, use of state vehicles, or any other benefits afforded to employees of the State of New Mexico as a result of this agreement.  The Contractor acknowledges that all sums received hereunder are personally

reportable by it for income tax purposes as self-employment or business income and are reportable for self-employment tax.

10.    <u>Assignment</u>

A.  Neither this price agreement nor any orders placed under this price agreement, nor any interest therein, nor claim there under, shall be assigned or transferred by the Vendor, except as set forth in subparagraph 10B below or as expressly authorized in writing by the state purchasing agent's office. No such assignment or transfer shall relieve the Vendor from the obligations and liabilities under this price agreement.

B. Vendor agrees that any and all claims for overcharge resulting from antitrust violations which are borne by the State as to goods, services, and materials purchased in connection with this bid are hereby assigned to the State.

11.    <u>Subcontracting</u>

The Contractor shall not subcontract any portion of any services to be performed under this agreement without written approval from the Agency.

12.    <u>Non-Collusion</u>

In signing this agreement, the Vendor certifies he/she has not, either directly or indirectly, entered into action in restraint of free competitive bidding in connection with this offer submitted to the State Purchasing Agent.

13.    <u>Inspection of Plant</u>

The State Purchasing Agent may inspect, at any reasonable time, during Contractor's regular business hours and upon prior written notice the part of the Contractor's, or any subcontractor's plant or place of business, which is related to the performance of this contract.

14.    <u>Commercial Warranty</u>

The Vendor agrees that the tangible personal property or services furnished under this price agreement shall be covered by the most favorable commercial warranties the Vendor gives to any customer for such tangible personal property or services, and that the rights and remedies provided herein shall extend to the State and are in addition to and do not limit any rights afforded to the State by any other clause of this order. Vendor agrees not to disclaim warranties of fitness for a particular purpose of merchantability.

15.    <u>Condition of Proposed Items</u>

Where tangible personal property is a part of this Agreement, all proposed items are to be NEW and of most current production, unless otherwise specified.

Jogan Health, LLC/Evans Legal Group                                                    R10/21

16.    <u>Records of Audit</u>

    A.  During the term of this agreement and for three years thereafter, the Contractor shall maintain detailed records pertaining to the services rendered and products delivered. These records shall be subject to inspection by the agency, the State Auditor and other appropriate state and federal authorities. The agency shall have the right to audit billings both before and after payment.  Payment under this agreement shall not foreclose the right of the agency to recover excessive or illegal payments.

    B.  If the Contractor receives more than $750,000 in federal funding, or more than $750,000 from the Agency, in any single fiscal year, the Contractor shall prepare annual financial statements and obtain an audit of, or an opinion on, the financial statements from an external Certified Public Accountant.

    C.  The Contractor shall maintain the financial statements for a period of no less than six years and shall make the financial statements and the CPA's audit or opinion available to the Agency upon request.

    D.  Applicable annual financial reports shall be submitted to the Agency no later than six months following the close of the Contractor's fiscal year.

    E.  To ensure proper delivery and receipt, the Contractor shall submit their annual audit report or financial reports (if no audit was required to):

        Department of Health
        Financial Accounting Bureau Chief Suite N-3150
        P.O. Box 26110
        Santa Fe, New Mexico 87502-6110

    F.  The Agency may take corrective action as deemed necessary for Contractor's failure to comply with 16-A through 16-E above.  Corrective action may include, but is not limited to, termination of agreement and preclusion from engaging Contractor in the future.

17.    <u>Appropriations</u>

The terms of this agreement, and any orders placed under it, are contingent upon sufficient appropriations and authorization being made by the legislature of New Mexico for the performance of this agreement.  If sufficient appropriations and authorization are not made by the legislature, this agreement, and any orders placed under it, shall terminate upon written notice being given by the agency to the Contractor.  The agency's decision as to whether sufficient appropriations are available shall be accepted by the Contractor and shall be final. If the Agency proposes an amendment to the Agreement to unilaterally reduce funding, the Contractor shall have the option to terminate the Agreement or to agree to the reduced funding, within thirty (30) days of receipt of the proposed amendment.

18.    <u>Release</u>

Jogan Health, LLC/Evans Legal Group                                    R10/21

The Contractor, upon final payment of the amount due under this agreement, releases the agency, its officers and employees, and the State of New Mexico from all liabilities, claims and obligations whatsoever arising from or under this agreement. The Contractor agrees not to purport to bind the State of New Mexico, unless the Contractor has express written authority to do so, and then only within the strict limits of that authority.

19.    <u>Confidentiality</u>

The Provider shall maintain complete client records for the benefit of clients, sufficient to fulfill the provisions of the Scope of Work, and to document the services rendered under the Scope of Work. Such records shall be available for inspection by the Department of Health and its designees.

20.    <u>Conflict of Interest</u>

A.    The Contractor warrants that he presently has no interest and shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with any performance required under this agreement. The Contractor shall comply with any applicable provisions of the New Mexico Governmental Conduct Act and the New Mexico Financial Disclosures Act.

B.    The Contractor further represents and warrants that it has complied with, and, during the term of this Agreement, will continue to comply with, and that this Agreement complies with all applicable provisions of the Governmental Conduct Act, Chapter 10, Article 16 NMSA 1978. Without in anyway limiting the generality of the foregoing, the Contractor specifically represents and warrants that:

1)    in accordance with NMSA 1978, § 10-16-4.3, the Contractor does not employ, has not employed, and will not employ during the term of this Agreement any Agency employee while such employee was or is employed by the Agency and participating directly or indirectly in the Agency's contracting process;

2)    this Agreement complies with NMSA 1978, § 10-16-7(A) because (i) the Contractor is not a public officer or employee of the State; (ii) the Contractor is not a member of the family of a public officer or employee of the State; (iii) the Contractor is not a business in which a public officer or employee or the family of a public officer or employee has a substantial interest; or (iv) if the Contractor is a public officer or employee of the State, a member of the family of a public officer or employee of the State, or a business in which a public officer or employee of the State or the family of a public officer or employee of the State has a substantial interest, public notice was given as required by NMSA 1978, § 10-16-7(A) and this Agreement was awarded pursuant to a competitive process;

3)    in accordance with NMSA 1978, § 10-16-8(A), (i) the Contractor is not, and has not been represented by, a person who has been a public officer or employee of the State within the preceding year and whose official act directly resulted in this Agreement and (ii) the Contractor is not, and has not been assisted in any way regarding this transaction by, a former public officer or employee of the State whose official act, while in State employment, directly resulted in the Agency's making this Agreement;

Jogan Health, LLC/Evans Legal Group                                    R10/21

4)    this Agreement complies with NMSA 1978, § 10-16-9(A)because (i) the Contractor is not a legislator; (ii) the Contractor is not a member of a legislator's family; (iii) the Contractor is not a business in which a legislator or a legislator's family has a substantial interest; or (iv) if the Contractor is a legislator, a member of a legislator's family, or a business in which a legislator or a legislator's family has a substantial interest, disclosure has been made as required by NMSA 1978, § 10-16-7(A), this Agreement is not a sole source or small purchase contract, and this Agreement was awarded in accordance with the provisions of the Procurement Code;

5)    in accordance with NMSA 1978, § 10-16-13, the Contractor has not directly participated in the preparation of specifications, qualifications or evaluation criteria for this Agreement, or any procurement related to this Agreement; and

6)    in accordance with NMSA 1978, § 10-16-3 and § 10-16-13.3, the Contractor has not contributed, and during the term of this Agreement shall not contribute, anything of value to a public officer or employee of the Agency.

C.    Contractor's representations and warranties in Paragraphs A and B of this Paragraph 20 are material representations of fact upon which the Agency relied when this Agreement was entered into by the parties. Contractor shall provide immediate written notice to the Agency if, at any time during the term of this Agreement, Contractor learns that Contractor's representations and warranties in Paragraphs A and B of this Paragraph 20 were erroneous on the effective date of this Agreement or have become erroneous by reason of new or changed circumstances. If it is later determined that Contractor's representations and warranties in Paragraphs A and B of this Paragraph 20 were erroneous on the effective date of this Agreement or have become erroneous by reason of new or changed circumstances, in addition to other remedies available to the Agency and notwithstanding anything in the Agreement to the contrary, the Agency may immediately terminate the Agreement.

D.    All terms defined in the Governmental Conduct Act have the same meaning in this Paragraph.

21.    Approval of Contractor Representatives

The agency reserves the right to require a change in Contractor representatives if the assigned representatives are not, in the opinion of the agency, serving the needs of the State of New Mexico adequately.

22.    Scope of Agreement

This agreement incorporates all the agreements, covenants, and understandings between the parties hereto concerning the subject matter hereof, and all such covenants, agreements and understandings have been merged into this written agreement.  No prior agreement or understandings, verbal or otherwise, of the parties or their agents shall be valid or enforceable unless embodied in this agreement.

Jogan Health, LLC/Evans Legal Group                                                    R10/21

23.     <u>Notice</u>

The Procurement Code, Sections 13-1-28 through 13-1-199 NMSA 1978, imposes civil and misdemeanor criminal penalties for its violation. In addition, the New Mexico criminal statutes impose felony penalties for bribes, gratuities and kickbacks.

24.     <u>Equal Opportunity Compliance</u>

The Contractor agrees to abide by all federal and state laws, rules and regulations, and executive orders of the governor of the State of New Mexico, pertaining to equal employment opportunity. In accordance with all such laws, rules, and regulations, and executive orders of the governor of the State of New Mexico, the Contractor agrees to assure that no person in the United States shall on the grounds of race, color, religion, national origin, sex, sexual preference, age or handicap, be excluded from employment with or participation in, be denied the benefits of, or be otherwise subjected to discrimination under, any program or activity performed under this agreement. If Contractor is found to be not in compliance with these requirements during the life of this agreement, Contractor agrees to take appropriate steps to correct these deficiencies.

25.     <u>Indemnification</u>

The Contractor shall hold the state and its agencies and employees harmless and shall indemnify the state and its agencies and employees against any and all claims, suits, actions, liabilities and costs of any kind, including attorney's fees for personal injury or damage to property arising from the acts or omissions of the Contractor, its agents, officers, employees or Subcontractors. The Contractor shall not be liable for any injury or damage as a result of any negligent act or omission committed by the agency, its officers or employees.

26.     <u>New Mexico Employees Health Coverage.</u>

A.      If Contractor has, or grows to, six (6) or more employees who work, or who are expected to work, an average of at least 20 hours per week over a six (6) month period during the term of the contract, Contractor certifies, by signing this agreement, to have in place, and agree to maintain for the term of the contract, health insurance for those employees and offer that health insurance to those employees if the expected annual value in the aggregate of any and all contracts between Contractor and the State exceed $250,000 dollars.

B.      Contractor agrees to maintain a record of the number of employees who have (a) accepted health insurance; (b) declined health insurance due to other health insurance coverage already in place; or (c) declined health insurance for other reasons. These records are subject to review and audit by a representative of the state.

C.      Contractor agrees to advise all employees of the availability of State publicly financed health care coverage programs by providing each employee with, as a minimum, the following web site link to additional information: https://bewellnm.com.

27.     <u>Applicable Law</u>

Jogan Health, LLC/Evans Legal Group                                      R10/21

The laws of the State of New Mexico shall govern this Agreement, without giving effect to its choice of law provisions. Venue shall be proper only in a New Mexico court of competent jurisdiction in accordance with NMSA 1978, § 38-3-1 (G). By execution of this Agreement, Contractor acknowledges and agrees to the jurisdiction of the courts of the State of New Mexico over any and all lawsuits arising under or out of any term of this Agreement.

28.   Limitation of Liability

The Contractor's liability to the agency, or any procuring agency, for any cause whatsoever shall be limited to the purchase price paid to the Contractor for the products and services that are the subject of the agency, , or the procuring agencies, claim. The foregoing limitation does not apply to paragraph 27 of this agreement or to damages resulting from personal injury caused by the Contractor's negligence.

29.   Incorporation by Reference and Precedence

This agreement is derived from (1) the request for proposal, (including any written clarifications to the request for proposals and any agency response to questions); (2) the Contractor's best and final offer; and (3) the Contractor's response to the request for proposals.

In the event of a dispute under this agreement, applicable documents will be referred to for the purpose of clarification or for additional detail in the following order of precedence: (1) amendments to the agreement in reverse chronological order; (2) the agreement, including the scope of work; (3) the request for proposals, including attachments thereto and written responses to questions and written clarifications; (4) the Contractor's best and final offer; and (5) the Contractors response to the request for proposals.

30.    Insurance

If the services contemplated under this Agreement will be performed on or in State facilities or property, Contractor shall maintain in force during the entire term of this Agreement, the following insurance coverage(s), naming the State of New Mexico, General Services Department or other party to this Agreement as additional insured.

A.  Workers Compensation (including accident and disease coverage) at the statutory limit. Employers' liability: $100,000.

B.  Comprehensive general liability (including endorsements providing broad form property damage, personal injury coverage and contractual assumption of liability for all liability the Contractor has assumed under this contract). Limits shall not be less than the following:
   a.  Bodily injury: $1,000,000 per person /$1,000,000 per occurrence.
   b.  Property damage or combined single limit coverage: $1,000,000.
   c.  Automobile liability (including non-owned automobile coverage): $1,000,000.
   d.  Umbrella: $1,000,000.

C.  Contractor shall maintain the above insurance for the term of this Agreement and name

DocuSign Envelope ID: C930BBC1-E35C-45EA-B34D-A012BD5CBB95

the State of New Mexico, General Services Department or other party to this Agreement as an additional insured and provide for 30 days cancellation notice on any Certificate of Insurance form furnished by Contractor. Such certificate shall also specifically state the coverage provided under the policy is primary over any other valid and collectible insurance and provide a waiver of subrogation.

31.    Impracticality of Performance

A party shall be excused from performance under this agreement for any period that the party is prevented from performing as a result of an act of God, strike, war, civil disturbance, epidemic, or court order, provided that the party has prudently and promptly acted to take any and all steps that are within the party's control to ensure performance. Subject to this provision, such non-performance shall not be deemed a default or a ground for termination.

32.    Invalid Term or Condition

If any term or condition of this agreement shall be held invalid or unenforceable, the remainder of this agreement shall not be affected and shall be valid and enforceable.

33.    Enforcement of Agreement

A party's failure to require strict performance of any provision of this agreement shall not waive or diminish that party's right thereafter to demand strict compliance with that or any other provision. No waiver by a party of any of its rights under this agreement shall be effective unless express and in writing, and no effective waiver by a party of any of its rights shall be effective to waive any other rights.

34.    Patent, Copyright and Trade Secret Indemnification

A.    The Contractor shall defend, at its own expense, the state and its agencies against any claim that any product or service provided under this agreement infringes any patent, copyright to trademark in the United States or Puerto Rico, and shall pay all costs, damages and attorneys' fees that a court finally awards as a result of any such claim. In addition, if any third party obtains a judgment against the agency based upon Contractor's trade secret infringement relating to any product or services provided under this agreement, the Contractor agrees to reimburse the state for all costs, attorneys' fees and amount of the judgment. To qualify for such defense and or payment, the agency shall:

i.     gives the Contractor prompt written notice within 48 hours of any claim;

ii.    allow the Contractor to control the defense of settlement of the claim; and

iii.   cooperate with the Contractor in a reasonable way to facilitate the defense or settlement of the claim.

B.    If any product or service becomes, or in the Contractor's opinion is likely to become the subject of a claim of infringement, the Contractor shall at its option and expense:

i.     provides the agency the right to continue using the product or service and fully indemnify the agency against all claims that may arise out of the agency's use of the product or service;

ii.    replace or modify the product or service so that it becomes non-infringing; or,

Jogan Health, LLC/Evans Legal Group                                    R10/21

iii.    accept the return of the product or service and refund an amount equal to the value of the returned product or service, less the unpaid portion of the purchase price and any other amounts, which are due to the Contractor.  The Contractor's obligation will be void as to any product or service modified by the agency to the extent such modification is the cause of the claim.

35.    <u>Survival</u>

The agreement paragraph titled "patent, copyright, trademark, and trade secret indemnification; indemnification; and limit of liability" shall survive the expiration of this agreement. Software licenses, leases, maintenance and any other unexpired agreements that were entered into under the terms and conditions of this agreement shall survive this agreement

36.    <u>Disclosure Regarding Responsibility</u>

A.  Any prospective Contractor and any of its principals who enter into a contract greater than sixty thousand dollars ($60,000.00) with any state agency or local public body for professional services, tangible personal property, services or construction agrees to disclose whether the Contractor, or any principal of the Contractor's company:

1. is presently debarred, suspended, proposed for debarment, or declared ineligible for award of contract by any federal entity, state agency or local public body;

2. has within a three-year period preceding this offer, been convicted in a criminal matter or had a civil judgment rendered against them for:
    a. the commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state or local) contract or subcontract;
    b. violation of Federal or state antitrust statutes related to the submission of offers; or
    c. the commission in any federal or state jurisdiction of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violation of Federal criminal tax law, or receiving stolen property;

3. is presently indicted for, or otherwise criminally or civilly charged by any (federal state or local) government entity with the commission of any of the offenses enumerated in paragraph B of this disclosure;

4. has, preceding this offer, been notified of any delinquent Federal or state taxes in an amount that exceeds $3,000.00 of which the liability remains unsatisfied. Taxes are considered delinquent if the following criteria apply.
    a.  The tax liability is finally determined.  The liability is finally determined if it has been assessed.  A liability is not finally determined if there is a pending administrative or judicial challenge.  In the case of a judicial challenge of the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
    b.  The taxpayer is delinquent in making payment.  A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and

Jogan Health, LLC/Evans Legal Group                                                R10/21

required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

    c.  Have within a three-year period preceding this offer, had one or more contracts terminated for default by any federal or state agency or local public body.)

B. Principal, for the purpose of this disclosure, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity or related entities.

C. The Contractor shall provide immediate written notice to the State Purchasing Agent or other party to this Agreement if, at any time during the term of this Agreement, the Contractor learns that the Contractor's disclosure was at any time erroneous or became erroneous by reason of changed circumstances.

D. A disclosure that any of the items in this requirement exist will not necessarily result in termination of this Agreement. However, the disclosure will be considered in the determination of the Contractor's responsibility and ability to perform under this Agreement. Failure of the Contractor to furnish a disclosure or provide additional information as requested will be grounds for immediate termination of this Agreement pursuant to the conditions set forth in Paragraph 7 of this Agreement.

E. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the disclosure required by this document. The knowledge and information of a Contractor is not required to exceed that which is the normally possessed by a prudent person in the ordinary course of business dealings.

F. The disclosure requirement provided is a material representation of fact upon which reliance was placed when making an award and is a continuing material representation of the facts during the term of this Agreement. If during the performance of the contract, the Contractor is indicted for or otherwise criminally or civilly charged by any government entity (federal, state or local) with commission of any offenses named in this document the Contractor must provide immediate written notice to the State Purchasing Agent or other party to this Agreement. If it is later determined that the Contractor knowingly rendered an erroneous disclosure, in addition to other remedies available to the Government, the State Purchasing Agent or Central Purchasing Officer may terminate the involved contract for cause. Still further the State Purchasing Agent or Central Purchasing Officer may suspend or debar the Contractor from eligibility for future solicitations until such time as the matter is resolved to the satisfaction of the State Purchasing Agent or Central Purchasing Officer.

37.   <u>Notification</u>

Either party may give written notice to the other party in accordance with the terms of this paragraph 37. Any written notice required or permitted to be given hereunder shall be deemed to have been given on the date of delivery if delivered by personal service or hand delivery or three (3) business days after being mailed.

Jogan Health, LLC/Evans Legal Group                     R10/21

To agency:          Roy G. McDonald, Chief Procurement Officer
                    New Mexico Department of Health

Office address:     1190 South St. Francis Drive
(For express carrier  Harold Runnels Building, Rm. 3201
and hand deliveries)  Santa Fe, New Mexico 87505-4108
                    (505) 827-2685 (voice)
                    (505) 827-2484 (fax)
                    roy.mcdonald@state.nm.us


To Contractor:      Jogan Health, LLC
                    8310 S Valley Highway
                    Suite 300
                    Englewood, CO 80112
                    dan.dietrich@joganhealth.com

Either party may change its representative or address above by written notice to the other in accordance with the terms of this paragraph 38. The carrier for mail delivery and notices shall be the agent of the sender.

38.    Amendments

This agreement shall only be amended by written instrument executed by the parties.

39.    Federal Grant or Other Federally Funded Contracts.

A.    Lobbying.    The Contractor shall not use any funds provided under this Agreement, either directly or indirectly, for the purpose of conducting lobbying activities or hiring a lobbyist or lobbyists on its behalf at the federal, state, or local government level, as defined in the Lobbyist Regulation Act, NMSA 1978, Sections 2-11-1, *et. seq.*, and applicable federal law. No federal appropriated funds can be paid or will be paid, by or on behalf of the Contractor, or any person for influencing or attempting to influence an officer or employee of any Department, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any federal contract, or the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, or modification of any federal contract, grant, loan, or cooperative agreement. If any funds other than federal appropriated funds have been paid or will be paid to any person influencing or attempting to influence an officer or employee of any Department, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection of any applicable federal contract, grant, loan, or cooperative agreement, the Contractor shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

B.    Suspension and Debarment.    For contracts that involve the expenditure of federal funds, each party represents that neither it, nor any of its management or any other employees or

independent Contractors who will have any involvement in the services or products supplied under this Agreement, have been excluded from participation in any government healthcare program, debarred from or under any other federal program (including but not limited to debarment under the Generic Drug Enforcement Act), or convicted of any offense defined in 42 U.S.C. Section 1320a-7, and that it, its employees, and independent Contractors are not otherwise ineligible for participation in federal healthcare or education programs. Further, each party represents that it is not aware of any such pending action(s) (including criminal actions) against it or its employees or independent Contractors. Each party shall notify the other party immediately upon becoming aware of any pending or final action in any of these areas.

   C.    Political Activity.  No funds hereunder shall be used for any partisan political activity or to further the election or defeat of any candidate for public office.

   D.    Grantor and Contractor Information.
   1.    If applicable, funding under this agreement is from the Catalog of Federal Domestic Assistance (CFDA) Program:
      i.   CFDA Number – N/A
      ii.  Program Title –  N/A
      iii. AGENCY/OFFICE – N/A
      iv.  GRANT NUMBER – N/A
   2.    Contractor'S Dun and Bradstreet Data Universal Numbering System Number (DUNS Number) is N/A

   E.    Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights (Sept. 2013)[Federal Grant funded projects only].
   1.    This Agreement and employees working on this Agreement will be subject to the whistleblower rights and remedies in the pilot program on Contractor employee whistleblower protections established at 41 U.S.C. 4712 by section 828 of the National Defense Authorization Act for Fiscal Year 2013 (Pub. L.112-239) and FAR 3.908.
   2.    The Contractor shall inform its employees in writing, in the predominant language of the workforce, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described in section 3.908 of the Federal Acquisition Regulation.
   3.    The Contractor shall insert the substance of this clause, including this paragraph (3), in all subcontracts over the simplified acquisition threshold.

   F.    For contracts and subgrants that involve the expenditure of federal funds for amounts in excess of $150,000, requires the Contractor to agree to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401-7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251-1387). Violations must be reported to the Federal awarding agency and the Regional Office of the Environmental Protection Agency (EPA).

   G.    Byrd Anti-Lobbying Amendment (31 U.S.C. 1352) — For contracts that involve the expenditure of federal funds, Contractors that apply or bid for a contract exceeding $100,000 must file the required certification.  Each tier certifies to the tier above that it will not and has not used federal appropriated funds to pay any person or organization for influencing or attempting

Jogan Health, LLC/Evans Legal Group                                      R10/21

to influence an officer or employee of any agency, a member of Congress, officer or employee of Congress, or an employee of a member of Congress in connection with obtaining any federal contract, grant or any other award covered by 31 U.S.C. 1352. Each tier must also disclose any lobbying with non-federal funds that takes place in connection with obtaining any federal award. Such disclosures are forwarded from tier to tier up to the non-federal award.

G.    For contracts that involve the expenditure of federal funds, Contractor must comply with section 6002 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 CFR part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition, where the purchase price of the item exceeds $10,000 or the value of the quantity acquired during the preceding fiscal year exceeded $10,000; procuring solid waste management services in a manner that maximizes energy and resource recovery; and establishing an affirmative procurement program for procurement of recovered materials identified in the EPA guidelines.

40.    Succession

This Agreement shall extend to and be binding upon the successors and assigns of the parties.

41.    Property

A.    Title to all property furnished by the Agency shall remain in the Agency. Title to all property acquired by the Contractor, including acquisition through lease-purchase Agreement, for the cost of which the Contractor is to be reimbursed as a direct item of cost under this Agreement shall immediately vest in the Agency upon delivery of such property to the Contractor. Title to other property, the costs of which is to be reimbursed to the Contractor under this Agreement, shall immediately vest in the Agency upon 1) issuance for use of such property in the performance of this Agreement or 2) use of such property in the performance of this Agreement or 3) reimbursement of the cost thereof by the Agency, whichever first occurs.

B.    Title to the Agency property shall not be affected or lose its identity by reason of affixation to any realty or attachment at law.

C.    The Contractor shall maintain a property inventory and administer a program of maintenance, repair, and protection of Agency property so as to assure its full availability and usefulness for performance under this Agreement. In the event the Contractor is indemnified, reimbursed, or otherwise compensated for any loss or destruction of, or damage to Agency property during the period of this Agreement, it shall use the proceeds to repair or replace the Agency property.

42.    Licensure

The Provider agrees to retain professional licensure, accreditation, credentialing or continuing education required to perform the scope of services provided for the Department. The Provider agrees to

make evidence of licensure or other regulatory requirements for the scope of services available to the Department if requested in writing.

**IN WITNESS WHEREOF, the parties have executed this Agreement at Santa Fe, New Mexico. The effective date is the date of approval by the Agency set out hereinafter.**

STATE OF NEW MEXICO
NEW MEXICO DEPARTMENT OF HEALTH

By: _David Scrase_                              Date: Oct 22, 2021 | 5:12 PM MDT
    9DBE7D7D1B534221
    Authorized Signature Designee

CERTIFIED FOR LEGAL SUFFICIENCY:

By: _Joey Wright_                               Date: Oct 22, 2021 | 4:35 PM MDT
    7E6E383249084409
    New Mexico Department of Health
    Assistant General Counsel

CONTRACTOR:

By: _[signature]_

Title: _President_                              Date: 10/18/2021

The records of the Taxation and Revenue Department reflect that the Contractor is registered with the Taxation and Revenue Department of the State of New Mexico to pay gross receipts and compensating taxes.

NM TAX ID. Number:  03-565416-00-3

By: _Juanita Stroud_                            Date: Oct 22, 2021 | 4:30 PM MDT
    D6F51602AE4C4E6
    Taxation and Revenue Department

NEW MEXICO GENERAL SERVICES DEPARTMENT
This CONTRACT is approved by the State Purchasing Agent:

By:  _Not applicable_                           Date: _____
    General Services Department
    State Purchasing Agent

Jogan Health, LLC/Evans Legal Group                                    R10/21

## New Mexico General Services Department
## State Purchasing Division

### AGENCY CERTIFICATION FORM

**The Department of Health** hereby certifies the following in regard to the attached contractual

**Agency Name**

agreement between the Agency and **Jogan Health LLC.** :

**Name of Contractor**

1) This contractor **IS/IS NOT** a **former state employee.** (See note below)

    (circle one)

2) This contractor **IS/IS NOT** a **current state employee** or a **legislator** or the **family member** of a current

    (circle one)

    state employee or legislator, or a **business** in which a current state employee or legislator or family member of the current state employee or legislator has an interest of greater than 20%. (See note below)

**NOTE:** Former employee requires a Former Employee Affidavit (found on CRB website), PERA letter if contractor retired from State of New Mexico and an AG's letter if contractor separated/retired within the last five years to the date of signed contract. No contract may be awarded to a current state employee or legislator, or to a family member of a current state employee or legislator, or to a business in which any of these persons has an interest greater than 20% unless such contract is awarded pursuant to the Procurement Code, except such persons or businesses cannot be awarded a contract through a sole source or small purchase. (See Section 10-16-1 through 10-16-18 NMSA 1978 for further information.)

3) This Contractor is a (check one):    FOR PROFIT VENDOR    [✓]

    NOT FOR PROFIT VENDOR

4) This PSA DOES COMPLY with the Governor's Guidelines for Contract Review and Re-Evaluation and IS an

    essential contract for the Agency.

DocuSigned by:

*David Scrase*

9D9E7D7D1663422...

Oct 22, 2021 | 5:12 PM MDT

Signature of Agency Representative**    Date

I certify that the information stated in paragraphs 1-3 is true.

**Dan Dietrich** Digitally signed by Dan Dietrich
Date: 2021.10.19 20:43:37
-06'00'

**10/18/2021**

Signature of Contractor    Date

**Must be a DFA authorized signature

# CAMPAIGN CONTRIBUTION DISCLOSURE FORM

Pursuant to the Procurement Code, Sections 13-1-28, et seq., NMSA 1978 and NMSA 1978, § 13-1-191.1 (2006), as amended by Laws of 2007, Chapter 234, a prospective contractor subject to this section shall disclose all campaign contributions given by the prospective contractor or a family member or representative of the prospective contractor to an applicable public official of the state or a local public body during the two years prior to the date on which a proposal is submitted or, in the case of a sole source or small purchase contract, the two years prior to the date on which the contractor signs the contract, if the aggregate total of contributions given by the prospective contractor or a family member or representative of the prospective contractor to the public official exceeds two hundred fifty dollars ($250) over the two-year period. A prospective contractor submitting a disclosure statement pursuant to this section who has not contributed to an applicable public official, whose family members have not contributed to an applicable public official or whose representatives have not contributed to an applicable public official shall make a statement that no contribution was made.

A prospective contractor or a family member or representative of the prospective contractor shall not give a campaign contribution or other thing of value to an applicable public official or the applicable public official's employees during the pendency of the procurement process or during the pendency of negotiations for a sole source or small purchase contract.

Furthermore, a solicitation or proposed award for a proposed contract may be canceled pursuant to Section 13-1-181 NMSA 1978 or a contract that is executed may be ratified or terminated pursuant to Section 13-1-182 NMSA 1978 if a prospective contractor fails to submit a fully completed disclosure statement pursuant to this section; or a prospective contractor or family member or representative of the prospective contractor gives a campaign contribution or other thing of value to an applicable public official or the applicable public official's employees during the pendency of the procurement process.

The state agency or local public body that procures the services or items of tangible personal property shall indicate on the form the name or names of every applicable public official, if any, for which disclosure is required by a prospective contractor.

THIS FORM MUST BE INCLUDED IN THE REQUEST FOR PROPOSALS AND MUST BE FILED BY ANY PROSPECTIVE CONTRACTOR WHETHER OR NOT THEY, THEIR FAMILY MEMBER, OR THEIR REPRESENTATIVE HAS MADE ANY CONTRIBUTIONS SUBJECT TO DISCLOSURE.

The following definitions apply:

"**Applicable public official**" means a person elected to an office or a person appointed to complete a term of an elected office, who has the authority to award or influence the award of the contract for which the prospective contractor is submitting a competitive

sealed proposal or who has the authority to negotiate a sole source or small purchase contract that may be awarded without submission of a sealed competitive proposal.

"**Campaign Contribution**" means a gift, subscription, loan, advance or deposit of money or other thing of value, including the estimated value of an in-kind contribution, that is made to or received by an applicable public official or any person authorized to raise, collect or expend contributions on that official's behalf for the purpose of electing the official to statewide or local office. "Campaign Contribution" includes the payment of a debt incurred in an election campaign, but does not include the value of services provided without compensation or unreimbursed travel or other personal expenses of individuals who volunteer a portion or all of their time on behalf of a candidate or political committee, nor does it include the administrative or solicitation expenses of a political committee that are paid by an organization that sponsors the committee.

"**Family member**" means a spouse, father, mother, child, father-in-law, mother-in-law, daughter-in-law or son-in-law of (a) a prospective contractor, if the prospective contractor is a natural person; or (b) an owner of a prospective contractor;

"**Pendency of the procurement proces**s" means the time period commencing with the public notice of the request for proposals and ending with the award of the contract or the cancellation of the request for proposals.

"**Prospective contractor**" means a person or business that is subject to the competitive sealed proposal process set forth in the Procurement Code [Sections 13-1-28 through 13-1-199 NMSA 1978] or is not required to submit a competitive sealed proposal because that person or business qualifies for a sole source or small purchase contract.

"**Representative of a prospective contractor**" means an officer or director of a corporation, a member or manager of a limited liability corporation, a partner of a partnership or a trustee of a trust of the prospective contractor.

**Name(s) of Applicable Public Official(s) if any:**_____
**(Completed by State Agency or Local Public Body)**

DISCLOSURE OF CONTRIBUTIONS BY PROSPECTIVE CONTRACTOR:

Contribution Made By:                    _____

Relation to Prospective Contractor:    _____

Date Contribution(s) Made:             _____
                                       _____

Amount(s) of Contribution(s)           _____
                                       _____

Nature of Contribution(s)    _____
                             _____

Purpose of Contribution(s)   _____
                             _____

(Attach extra pages if necessary)

_____    _____
Signature                          Date

_____
Title (position)


## --OR—

**NO CONTRIBUTIONS IN THE AGGREGATE TOTAL OVER TWO HUNDRED FIFTY DOLLARS ($250) WERE MADE** to an applicable public official by me, a family member or representative.

_____    10/18/2021
Signature                          _____
                                   Date

   President
_____
Title (Position)



# State Of New Mexico Department Of Health
# Hospital/Health Care Exemption Request & Determination Form

A hospital/health care exemption **determination** is not effective until the **hospital/health care exemption request for determination** has been approved in writing by the Chief Procurement Officer of the Department of Health. The foregoing requirement is regardless of whether the **hospital/health care exemption request for determination** has been signed by the Department Secretary, Division Director/Facility Administrator, Chief Financial Officer and/or the Contractor.

Pursuant to the Procurement Code, §13-1-98.1 (A) Hospital Exemption, NMSA 1978, the Chief Procurement Officer of the New Mexico Department of Health (NMDOH) must determine whether the following services, construction or items of tangible personal property to be purchased are exempt from the provisions of the procurement code. Please complete the following information to justify this exemption request:

I.  Name of Agency: Department of Health, ERD, BHEM

Agency Chief Procurement Officer:  Roy G. McDonald

Telephone Number: (505) 827-2685

Division point of contact: Sherán Kaplan-Hicks

II.  Name of prospective Contractor: **Jogan Health, LLC (303) 374-4988**

Address of prospective Contractor: **8310 S Valley Hwy, Suite 300, Englewood, CO 80112**

Amount of prospective contract: **$31,945,000.00**

III.  Please thoroughly list the services (scope of work), construction or items of tangible personal property of the prospective contract:

| TASK # | TASK | DELIVERABLES | DUE DATE |
|---|---|---|---|
| 1. | CONTRACTOR will provide temporary Healthcare Practitioner and Support Service Provider Staffing. All Practitioners provided by CONTRACTOR shall be qualified health care providers. CONTRACTOR shall use its best efforts to provide only those Practitioners who (i) reside outside of New Mexico, or (ii) are not currently employed by a New Mexico health care facility, and (iii) are not currently providing temporary health care services within the State of New | CONTRACTOR shall provide Healthcare Practitioners and Support Service Providers for deployment to Hospitals and other healthcare facilities as specified in writing by the DEPARTMENT | |

1

Mexico. All Support Service Providers shall have the training and experience to be qualified to provide and manage project management, logistical, and administrative Services necessary to support the deployment of over two hundred (200 Practitioners) to Participating Facilities as directed by THE DEPARTMENT.

All Practitioners and Support Service Providers recruited by CONTRACTOR and made available to THE DEPARTMENT for Assignment under this Contract shall possess the qualifications for performing the Services agreed to under this Contract, including all licenses, certifications, professional and industry standards as required under applicable New Mexico law and certifying boards for their particular Practitioner type. CONTRACTOR shall be responsible for reviewing and confirming the qualifications of all Practitioners and Support Service Providers providing Services under this Contract.

Except where prohibited by law, CONTRACTOR shall maintain on file or contractually require its employees and CONTRACTORs (i.e., the Practitioners and Support Service Providers) to maintain a file of qualifications ("Qualifications Documentation"). The file containing the Qualifications Documentation for each Practitioner and Support Service Provider will generally include documentation reasonably necessary to establish competency on the position and type of Practitioner or Support Service Provider at issue and in accordance with applicable law, such as: (i) diploma verification of all applicable required education and degrees, (ii) any foreign (non-English) language proficiency skills (iii) primary source verification of State Licensure, (iv) clinical skills checklist(s), (v) unit and medication competency exams, (vi) Basic Cardiac Life Support and Advanced Certifications, (vii) documentation showing that a clinical Practitioner has a minimum of one (1) year of experience, (viii) a negative 9-panel drug screen (within 12-months prior to start; instant

| | | | |
|---|---|---|---|
| | drug screen permitted), (ix) negative PPD test results or QuantiFERON Gold (or, if past positive PPD, chest X-ray with TB questionnaire), (x) verified proof of COVID-19 vaccination in accordance with OAR 333-019-1010 or in accordance with any subsequent or superseding State or federal statute, rule, regulation or executive order, (xi) verified proof of Varicella, Rubella, Mumps and Rubeola, and Hepatitis B vaccinations , (xii) physical health statement, (xiii) OIG and GSA search, and criminal background check, (xiv) application for employment with CONTRACTOR, and (xv ) reference check results. | | |
| 2. | In light of the need to deploy Practitioners for Assignment quickly, CONTRACTOR shall not be required to obtain or review all of the Qualifications Documentation listed in Section 4.1 above prior to deploying a Practitioner for Assignment. Instead, CONTRACTOR shall obtain or review (or both) the Qualifications Documentation in two stages as follows:<br><br>**Prior to Deployment:** Prior to a Practitioner being deployed to New Mexico for an Assignment, CONTRACTOR shall review and obtain all of the following Qualifications Documentation from each Practitioner:<br>(i)　Primary Source professional license verification,<br>(ii)　CPR/Advanced Cardiovascular Life Support certification,<br>(iii)　Criminal Background Check (includes OIG/GSA check),<br>(iv)　Resume evidencing at least one year of work experience for the applicable Practitioner type, and<br>(v)　Proof of COVID-19 Vaccination (such proof to comply with the requirements under New Mexico 081721-PHO-Vaccines https://cv.nmhealth.org/wp-content/uploads/2021/08/081721-PHO-Vaccines.pdf<br><br>**After Deployment:** After a Practitioner has been deployed to New Mexico for an Assignment, CONTRACTOR shall, with due speed (but in no event more than six (6) weeks after the date of | Unless prohibited by applicable law, upon request by THE DEPARTMENT, CONTRACTOR shall use commercially reasonable efforts to provide to or make available for inspection by THE DEPARTMENT, the Qualifications Documentation. CONTRACTOR shall provide or make available to THE DEPARTMENT all Qualifications Documentation within 48 hours of THE DEPARTMENT request; however, CONTRACTOR shall not be expected to provide such Documentation to THE DEPARTMENT more than seven calendar days prior to any Practitioner or Support Service Provider's Assignment start date.<br><br>Unless prohibited by applicable law, upon request by THE DEPARTMENT, CONTRACTOR shall use commercially reasonable efforts to provide to or make available for inspection by THE DEPARTMENT, the Qualifications Documentation. CONTRACTOR shall provide or make available to | |

| | | | |
|---|---|---|---|
| | deployment), review or obtain (or both) all of the following Qualifications Documentation from each Practitioner or from a third- party as applicable or necessary:<br>(i)      Unit and medication competency exams,<br>(ii)     Negative 9-panel drug screen results (within 12-months prior to start; instant drug screen permitted),<br>(iii)    Negative PPD test results or QuantiFERON Gold (or, if past positive PPD, chest X-ray with TB questionnaire),<br>(iv)    Reliable proof of Varicella, Rubella, Mumps and Rubeola, and Hepatitis B vaccinations, and<br>(v)     Reference check results<br><br>THE DEPARTMENT agrees to treat all Qualifications Documentation, and other personnel information relating to Practitioners and Support Service Providers as Confidential Information within the meaning of this Contract, including as required by applicable state and federal law, such as the Americans with Disabilities Act, and to not disclose such Documentation unless required by applicable law, or as expressly authorized in writing by the applicable Practitioner or Support Services Provides. THE DEPARTMENT also agrees to comply with all applicable laws governing the use and handling of personnel files and backgrounds checks, including, but not limited to, the federal Fair Credit Reporting Act, as well as any other applicable federal, state, or local laws.<br><br>THE DEPARTMENT may, for some position types or Assignments, agree to waive certain Qualifications Documentation requirements, all of which shall be made in writing (email shall suffice). | THE        DEPARTMENT        all Qualifications        Documentation within    48    hours    of    THE DEPARTMENT request; however, CONTRACTOR    shall    not    be expected    to    provide    such Documentation    to    THE DEPARTMENT more than seven calendar   days   prior   to   any Practitioner or Support Service Provider's Assignment start date.<br><br>In  the  event  CONTRACTOR  is prohibited from providing to THE DEPARTMENT  with  any  or  all Qualifications  Documentation or making    such    Documentation available to THE DEPARTMENT for inspection,  CONTRACTOR  shall instead  provide  an  attestation that    a    Practitioner    or,    as applicable    Support    Service Provider,   meets   all   of   the qualifications  required  of  such Practitioner or Support Service Provider under this Contract and in accordance with applicable law for  the  position  to  which  they have  been  assigned  under  this Contract. | |
| 3. | **Service Order Process**<br>(A) For each new request for one or more Practitioners or Support Service Providers (or both), THE DEPARTMENT will send a Service Order request by email to CONTRACTOR. Each Service Order request will include the following information:<br>(a)      Type and number of Practitioners or Support Service Providers (or both), requested, | Following the parties' approval of each        Service        Order, CONTRACTOR's Practitioners and, as   applicable,   Support   Service Providers,   shall   perform   the temporary staffing services of the Assignment   as   required   by   the approved Service Order. | |

DocuSign Envelope ID: C930BBG1-E35C-45FA-834D-A013BD5CBB95 Case 1:25-cv-01058-LF-JFR    Document 1-1    Filed 10/22/25    Page 33 of 42

2020 H/HC Exemption Form

(b)    Date(s) and time(s) when Services are requested to be provided,

(c)    Location of Services, and description of facilities if applicable, and

(d)    Any additional pertinent information or special Practitioner or Support Service Provider requirements, such as bilingual language proficiency.

(B) Within 24 hours of receiving a Service Order request, CONTRACTOR shall respond by email accepting, rejecting, or requesting modifications to the Work Order Request. If CONTRACTOR rejects or requests modifications to the Service Order request, CONTRACTOR'S response shall include a statement of CONTRACTOR'S reasons. If CONTRACTOR requests modifications to the Service Order request, THE DEPARTMENT and CONTRACTOR may attempt to negotiate a solution acceptable to both parties. Acceptance of a Service Order request is not final until both parties have emailed the other with their acceptance of the terms of the Service Order request, which is then considered a mutually approved Service Order.

(C)  A mutually approved Service Order is a binding contract, subject to the terms and conditions of this Contract. Until a Service Order has been accepted by both parties, THE DEPARTMENT reserves the right to negotiate the Service Order request with CONTRACTOR as well as with any other vendor of temporary health care practitioner and health care support staffing services THE DEPARTMENT does not guarantee CONTRACTOR any minimum number of Service Order requests or Service Orders under this Contract.

In the event circumstances so require, THE DEPARTMENT and CONTRACTOR shall work together to float Crisis Response Teams or individual Practitioners or Support Service Providers between and among Assignments as THE DEPARTMENT and CONTRACTOR deem appropriate or necessary.

**Sentinel Event Reporting**

In the event of any unexpected incidents, including errors, unanticipated deaths, injuries, safety hazards or other events or claims ("Sentinel Events") involving or relating to any Practitioner or Support Service Provider, THE DEPARTMENT must report the Sentinel Event to CONTRACTOR within twenty-four hours of being made aware of such Event. Reports should include the name of the applicable Practitioner or Support Service Provider (or both) and any other persons involved, as well as the date, time, location, and description of facts and circumstances surrounding the Sentinel Event. The Parties agree to use reasonable efforts to timely assist each other in conducting investigations of such Sentinel Events. In the event any Practitioner or Support Service Provider makes a claim against THE DEPARTMENT alleging any wrongdoing, THE DEPARTMENT shall immediately notify CONTRACTOR.

**Injury Procedure**

| | | In the event of an unexpected injury to any Practitioner or Support Service Provider at a Participating Facility, CONTRACTOR shall advise the Practitioner or Support Service Provider to seek treatment at a third-party healthcare provider designated by CONTRACTOR unless the injury is an emergency. CONTRACTOR shall also promptly advise (email shall suffice) THE DEPARTMENT of such injury. In the event of an emergency, CONTRACTOR will immediately send the injured Practitioner or Support Service Provider to the closest emergency room and provide transportation if necessary or appropriate. CONTRACTOR must notify THE DEPARTMENT and the applicable point of contact or manager of the Participating Facility where the injury occurred within twelve (12) hours of learning of the injury and promptly complete, as may be requested by THE DEPARTMENT or the Participating Facility (or both), and submit a written incident report to THE DEPARTMENT and, as may be applicable, the Participating Facility. The incident report will be in a format acceptable to such parties that includes the name of the Practitioner or Support Service Provider involved, as well as the date, time, location, and brief description of events and other persons involved in the incident. | |
| 4. | **Control and Supervision of Practitioner and Support Service Provider Services** | | |

| | | |
|---|---|---|
| | Practitioners and Support Service Providers are not, and will not be, employees of THE DEPARTMENT. Practitioners and Support Service Providers are employees or independent CONTRACTORs of CONTRACTOR. Therefore, Practitioners and Support Service Providers shall not be supervised by THE DEPARTMENT and with respect to THE DEPARTMENT, Practitioners and Support Service Providers shall at all times be independent CONTRACTORs. THE DEPARTMENT shall not, without the prior written consent of CONTRACTOR, permit or request that any Practitioner and Support Service Provider provide any Services, or perform any work or task, or render any Service that does not fall within the scope of a Practitioner's and Support Service Provider's qualifications, licensing, or confirmed Assignment.<br><br>THE DEPARTMENT is responsible for overseeing progress and for approving the completion of all Services provided by Practitioners and Support Service Providers. In the event a Practitioner's and Support Service Provider's work is insufficient, THE DEPARTMENT will promptly notify the applicable Practitioner or Support Service Provider or CONTRACTOR. | As an independent CONTRACTOR, CONTRACTOR shall retain sole control over the hiring, disciplining, or firing, or otherwise terminating a contract with, a Practitioner or, as applicable, a Support Service Provider.<br><br>In the event CONTRACTOR or a Participating Facility terminates a Practitioner's Assignment for cause, e.g. due to being incapable of performing duties of the position, failing to adequately perform assigned duties, violation of any CONTRACTOR or Participating Provider policies and procedures, or failing to meet the qualifications of the position, CONTRACTOR shall invoice for, and THE DEPARTMENT shall only be required to pay for the hours worked by the applicable Practitioner prior to notice of cancellation or through the last date worked, whichever is later. | |
| 5. | **Minimum Practitioner Pay**<br>In addition to payment for hours worked, THE DEPARTMENT shall pay CONTRACTOR for certain hours not worked by a Practitioner as set forth below. All compensation payable hereunder shall be calculated using the Practitioner's applicable Hourly Rate. In the event CONTRACTOR invoices THE DEPARTMENT for any compensation under this Section, CONTRACTOR shall not retain all such compensation for itself but shall disburse to its Practitioners the portion of such compensation that the Practitioner would have been entitled to had the Practitioner actually performed their Services pursuant to this Contract.<br><br>**Stand-Down Pay**<br>For each Practitioner who has not been provided with an Assignment but has nonetheless traveled to New Mexico for deployment as required under this | **Timing of Invoicing**<br>Invoices for Temporary Staffing and related project management and administrative Services provided shall be invoiced in arrears for all Services performed by all Practitioner and Support Service Providers during the previous week. Invoices shall be submitted no more than once per week.<br>**Content of Invoices**<br>All invoices shall include the following information:<br>    (i)    date of invoice<br>    (ii)   invoice number<br>    (iii)  period of time covered by the invoice | |

Contract, CONTRACTOR shall have the right to invoice THE DEPARTMENT for up to seven (7) days of "Stand-Down Pay." Stand-Down Pay shall be calculated by multiplying the applicable Practitioner's Hourly Rate by (8) hours by the actual number of days the applicable Practitioner had to Stand-Down prior to being deployed for Assignment. In the event a Practitioner is not deployed for an Assignment at the end of seven (7) days, CONTRACTOR and THE DEPARTMENT shall confer to determine whether such Practitioner should remain in New Mexico subject to additional Stand-Down Pay or return home.

**Guaranteed Weekly Pay**
For each Practitioner who has, in fact, been deployed for Assignment, CONTRACTOR shall have the right to invoice THE DEPARTMENT for the greater of
(i) "Guaranteed Weekly Pay" or (ii) the actual number of hours worked by such Practitioner. Guaranteed Weekly Pay shall be calculated by multiplying the applicable Practitioner's Hourly Rate by twelve 12 hours for up to four days per week. Example: For the purpose of clarification the following is an example of when and how CONTRACTOR shall have the right to invoice THE DEPARTMENT for Guaranteed Weekly Pay: Assume a Practitioner is scheduled for five ten- hour shifts for the week starting on Monday, September 6 and ending on Sunday, September 12. At the end of the week, such Practitioner reports they worked all five shifts, but each shift was only eight (8) hours long due to the Participating Facility's lack of need of the Practitioner's Services. In such event, CONTRACTOR shall have the right to invoice THE DEPARTMENT for the forty (40) hours the Practitioner actually worked plus an additional eight (8) hours of Guaranteed Weekly Pay.

**Quarantine Pay**
In the event a Practitioner is required, under any applicable occupational health or safety regulation, to quarantine as a consequence of being exposed to, being infected with, or suffers from, a virus, disease, or an infection, while performing Services pursuant to

(iv) total amount owing under the applicable invoice
(v) the total compensation paid to Provider under all previous invoices
(vi) the balance remaining on the Maximum Not-to-Exceed Compensation based on all compensation paid under previous invoices
(vii) name of contact, telephone number, and email address to whom billing questions and concerns can be addressed
(viii) line item for each Practitioner (and, if applicable each Support Service Provider) that indicates the hourly billing rate, the dates worked and the number of hours worked on each such date, the name of the Participating Facility where such Practitioner (and, if applicable each Support Service Provider) worked, and the total fees owing for such Practitioner's Practitioner (and, if applicable each Support Service Provider) Services

| | |
|---|---|
| this Contract, CONTRACTOR may invoice THE DEPARTMENT for up to five, eight (8) hour days ("Quarantine Pay") for each such Practitioner required to quarantine. If the Practitioner is required to quarantine for more than five (5) days, THE DEPARTMENT shall not be required to pay for any additional Quarantine Pay.<br><br>**Monthly Hourly Rate Reviews**.<br>Due to the fact that the COVID-19 pandemic is impacting the entire United States. the demand for Practitioners is at a premium. Accordingly, the parties agree to review the Hourly Rates every thirty (30) days during the term of this Contract to determine whether they need to be increased or decreased based on market conditions. In the event the parties agree to modify the Hourly Rates set forth in the budget section of this Contract, such modifications shall be documented in an amendment to this Contract.<br><br>**Travel and Other Expenses**<br>All compensation payable under this Contract is inclusive of all travel, lodging, and other expenses CONTRACTOR may incur in the performance of this Contract. Accordingly, in no event shall the DEPARTMENT reimburse CONTRACTOR for any travel, lodging or any other expenses CONTRACTOR may incur in the performance of this Contract | (ix)  copies of each Practitioner's timecard<br>(x)  copies of the time sheet/timecard for each Practitioner (and, if applicable each Support Service Provider). In the event a Practitioner is entitled to any Stand-Down, Guaranteed Weekly, or Quarantine Pay, CONTRACTOR shall identify all such pay in its invoices. |

IV.  Provide an explanation of the criteria developed and specified by the agency as necessary to perform and/or fulfill the contract and upon which the state agency reviewed available sources.  (***Do not use technical jargon, use plain English.  Do not tailor the criteria simply to exclude other contractors if it is not rationally related to the purpose of the contract***)

The Department of Health has identified a shortage in medical staff statewide. This shortage has resulted in public and private hospital unable to staff their facilities, requiring the state to intervene and begin immediately recruiting nurses from across the country to work in New Mexico at rates competitive to the current national marketplace. This contractor has an established contract with the State of Oregon for a comparable Scope of Work. Oregon has reported satisfaction with the services of this contractor.

V.  Provide a detailed, sufficient explanation of the reasons, qualifications, proprietary rights or unique capabilities of the prospective contractor that makes the prospective contractor capable of providing the required professional service, service, construction or item(s) of tangible personal property.

(*Please do not state the source is the "best" source or the "most convenient" source. Those factors alone do not justify a "hospital/health care exemption."*)

This contractor has a demonstrated capacity effectively recruit medical professionals in the State of Oregon and is also operating statewide COVID-19 Vaccination clinics in partnership with the State of Colorado.

VI.    Provide a detailed, sufficient explanation of how the professional service, service, construction or item(s) of tangible personal property *will or is likely to reduce health care costs (hospital exemption); or how this acquisition will or is likely to reduce health care costs, improve quality of care or improve access to care (health care exemption)*.

Recruiting medical professionals from outside New Mexico will help in filling critical gaps in medical coverage which has put a considerable strain on New Mexico's hub and spoke medical model.

Filling these staffing shortages will allow hospitals to continue or resume providing care necessary to improving health outcomes. Treatment of patients timely will result in reduced healthcare costs across the state.

The New Mexico Department of Health in contracting with a Healthcare Staffing Agency will provide Practitioners, such as Physicians, Nurse Practitioners, and Physician Assistants, nurses and other allied healthcare providers to for-profit hospitals and seek reimbursement from FEMA as permitted by the FEMA Public Assistance Program for salary of nurses and staff involved in the direct care of COVID patients.

VII.    Explain why acquiring these professional services, services, construction or item(s) of tangible personal property meets the intended requirement of a purchase *necessary for the operation of a public hospital or public and private hospitals (hospital exemption only)*.

The World Health Organization has declared the coronavirus outbreak a pandemic. The Office of the Governor has declared a Public Health Emergency across the state of New Mexico. Viruses can spread quickly, and procurements must be capable of meeting those demands at a moment's notice. Procurements that restrict our ability to effectively respond to this pandemic will put New Mexicans at risk of virus contraction, illness, and death.

NM is currently experiencing a fourth wave of COVID-19 as a result of the Delta family of variants. This is impacting our healthcare system with increasing hospitalization at the same time that New Mexico is in a critical shortage of staffing to support the COVID-19 healthcare response. Most concerning, ICU and Med/Surge beds are being closed down daily across the state simply because hospitals do not have enough clinical staff to care for respective patients in those beds.

It is important to note that at baseline New Mexico is tied with two other states for the third lowest per capita hospital beds in the nation. Tied with California and Utah at 1.8, only Washington (1.7) and Oregon (1.6) are lower. With less hospital beds comes lower numbers of healthcare workers at baseline. This has contributed to the gap in ability to provide care because hospital beds cannot be utilized without staffing.

The New Mexico Healthcare system is currently operating within the New Mexico Crisis Standards

of Care framework and necessarily oriented to move into the New Mexico Triage Protocol for the Allocation of Scarce Resources Under COVID-19 Crisis Standards of Care. The primary resource which is the current trigger for transition is healthcare staffing.

VIII.   Explain why this agreement with another state agency, local public body or external procurement unit or any other person, corporation, organization or association for professional services, services, construction or item(s) of tangible personal property meets the intended purpose of ***creating a network of health care providers or jointly operating a common health care service (health care exemption only)***.

N/A

IX.   Provide a narrative description of the agency's due diligence in determining the basis for the procurement, including procedures used by the agency to conduct a review of available sources such as researching trade publications, industry newsletters and the internet; reviewing telephone books and other advertisements; contacting similar service providers; and reviewing the State Purchasing Agent's vendor list.  Include a list of businesses contacted (***do not state that no other businesses were contacted***), date of contact, method of contact (telephone, mail, e-mail, other), and documentation demonstrating an explanation of why those businesses could not or would not, under any circumstances, perform the contract; or an explanation of why the agency has determined that no businesses other than the prospective contractor can more appropriately perform the agreement.

An emergency condition exists that is threatening the health and safety of the people of New Mexico. Critical staffing shortages in hospitals have been documented by the state for greater than 30 days and are on an upward trajectory with no identified date for resolution. Because other states continue to offer higher pay to traveling nurses, New Mexico is unable to attract and retain critically needed supplemental nurses and other allied healthcare providers.

All available Medical Reserve Corps personnel have been utilized as available over the last 18 months and there are currently no more reserve volunteers available to assist.

Pursuant to the Procurement Code, §13-1-98.1 (B), NMSA 1978, the New Mexico Department of Health (NMDOH) has determined that the following services, construction or items of tangible personal property to be purchased are exempt from the provisions of the procurement code.

Certified by:

Roy G. McDonald   Digitally signed by Roy G. McDonald
Date: 2021.10.20 10:04:55 -06'00'
_____        Date: _____
Chief Procurement Officer – Approved / Disapproved





# State of New Mexico
## Purchase Order

PO Number to be on all Invoices and Correspondence

**Page:** 1

**Pending Approval/Approved**

**Dispatch Via Print**

## Department of Health
1190 St. Francis Dr
P. O. Box 26110
Santa Fe NM 87502-6110
United States

| Purchase Order | Date | Revision |
|---|---|---|
| 66500-0000180499 | 09-27-2021 | |
| **Payment Terms** | **Freight Terms** | **Ship Via** |
| Pay Now | FOB Destination | Best Way |
| **Buyer** | **Phone** | **Currency** |
| REBECCA ROMERO | | USD |

**Supplier:** 0000153861
JOGAN HEALTH LLC
8310 S VALLEY HWY SUITE 300
ENGLEWOOD CO 80112-0000
United States

**Ship To:** 1190 St. Francis Dr
P. O. Box 26110
Santa Fe NM 87502-6110
United States

**Bill To:** 1190 St. Francis Dr
P. O. Box 26110
Santa Fe NM 87502-6110
United States

| Origin: | EXE | Exc\Excl#: | 13-1-98-1A | | | | | |
|---|---|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | | | Quantity | UOM | PO Price | Extended Amt | Due Date |
| 1 - 1 | Healthcare Staffing to provide nurses and other healthcare providers to hospitals as permitted by the FEMA Public Assistance Program for salary of nurses and staff involved in direct care of COVID patients. Upon approval 6/30/2022 | | | 1.00 | EA | $31,959,000.00 | $31,959,000.00 | 09/27/2021 |
| | 66500-06105-ZE1014-535100- - - - -92124-E1014 | | | | | | | |

| | Schedule Total | $31,959,000.00 |
|---|---|---|

Contract ID: 00000000000000000000024053          Contract Line: 0          Release: 1          Category Line: 0

| | Item Total | $31,959,000.00 |
|---|---|---|

| | Total PO Amount | $31,959,000.00 |
|---|---|---|

Agency Approval - I certify that the proposed purchase represented by this document is authorized by and is made in accordance with all State (and if applicable Federal) legislation rules and regulation. I further certify that adequate unencumbered cash and budget expenditure authority exists for this proposed purchase and all other outstanding purchase commitments and accounts payable.

**Unauthorized**

STATE OF NEW MEXICO
GENERAL SERVICES DEPARTMENT- PURCHASING DIVISION
TERMS AND CONDITIONS UNLESS OTHERWISE SPECIFIED

SPD-101A (04/19)

1. GENERAL: When the State Purchasing Agent issues a purchase document in response to the Vendors bid, a binding contract is created.

2. VARIATION IN QUANTITY: No variation in the quantity of any item called for by this order will be accepted unless such variation has been caused by conditions of loading, shipping, packing or allowances in manufacturing process, and then only to the extent, if any, specified elsewhere in this order.

3. ASSIGNMENT:
   A: Neither the order, nor any interest therein, nor claim thereunder, shall be assigned or transferred by the Vendor, except as set forth in subparagraph 3B below or as expressly authorized in writing by the STATE PURCHASASING AGENTS OFFICE. No such assignment or transfer shall relieve the Vendor from the obligations and liabilities under this order.
   B: Vendor agrees that any and all claims for overcharge resulting from antitrust violations which are borne by the State as to goods, services, and materials purchased in connection with this bid are hereby assigned to the State.

4. STATE FURNISHED PROPERTY: State furnished property shall be returned to the state upon request in the same condition as received except for ordinary wear, tear, and modifications ordered hereunder.

5. DISCOUNTS: Prompt payment discounts will not be considered in computing the low bid. Discounts for payment within 20 days will be considered after the award of the contract. Discounted time will be computed from the date of receipt of the merchandise or invoice, whichever is later.

6. INSPECTION: Final inspection and acceptance will be made at the destination. Supplies rejected at the destination for non-conformance with specifications shall be removed, at the Vendors risk and expense, promptly after notice of rejection.

7. INSPECTION OF PLANT: The State Purchasing Agent may inspect, at any reasonable time, the part of the contractors, or any subcontractors plant or place of business, which is related to the performance of this contract.

8. COMMERCIAL WARARANTY: The Vendor agrees that the supplies or services furnished under this order shall be covered by the most favorable commercial warranties the Vendor gives to any customer for such supplies or services, and that the rights and remedies provided herein shall extend to the State and are in addition to and do not limit any rights afforded to the State by any other cause of this order. Vendor agrees not to disclaim warranties of fitness for a particular purpose or merchantability.

9. TAXES: The unit price shall exclude all State taxes.

10. PACKING, SHIPPING AND INVOICING:
    A: The States purchase document number and the Vendors name, users name and location shall be shown on each packing and delivery ticket, package, bill of lading and other correspondence in connection with the shipment. The users count will be accepted by the Vendor as final and conclusive on all shipments not accompanied by a packing ticket.
    B: The Vendors invoice shall be submitted in triplicate, duly certified and shall contain the following information: order number, description of supplies or services, quantities, unit prices and extended totals. Separate invoices shall be rendered for each and every complete shipment.
    C: Invoices must be submitted to the using agency and NOT THE STATE PURCHASING AGENT.

11. DEFAULT: The State reserves the right to cancel all or any part of this order without cost to the State, if the Vendor fails to meet the provisions of this order and, except as otherwise provided herein, to hold the Vendor liable for any excess cost occasioned by the State due to the Vendors default. The Vendor shall not be liable for any excess costs if failure to perform the order arises out of causes beyond the control and without the fault or negligence of the Vendor, such causes include, but are not restricted to, acts of God or of the public enemy, acts of the State or of the Federal Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargos, unusually severe weather and defaults of subcontractors due to any of the above, unless the State shall determine that the supplies or services to be furnished by the subcontractor where obtainable from other sources in sufficient time to permit the Vendor to meet the required delivery scheduled. The rights and remedies of the State provided in this paragraph shall not be exclusive and are in addition to any other rights now being provided by law or under this order.

12. NON-COLLUSION: In signing this bid, the Vendor certifies he/she has not, either directly or indirectly, entered into action in restraint of free competitive bidding in connection with this proposal submitted to the State Purchasing Agent.

13. NON-DISCRIMINATION: Vendors doing business with the State of New Mexico must be in compliance with the Federal Civil Rights Act of 1964 and Title VII of that Act, Rev., 1979.

14. THE PROCUREMENT CODE: Sections 13-1-28 through 13-1-199 NMSA 1978 imposes civil and criminal penalties for its violation.
       In addition, the New Mexico criminal statutes impose felony penalties for bribes, gratuities and kickbacks.

15. All bid items are to be NEW and most current production, unless otherwise specified.

16. PAYMENT FOR PURCHASES: Except as otherwise agreed to: late payment charges may be assessed against the user state agency in the amount and under the conditions set forth in section 13-14158 NMSA 1978.

17. WORKERS COMPENSATION: The Contractor agrees to comply with state laws and rules pertaining to workers compensation benefits for its employees. If the Contractor fails to comply with Workers Compensation Act and applicable rules when required to do so, this (Agreement) may be terminated by the contracting agency.

18. GENERAL SERVICES STATEWIDE PRICE AGREEMENT: Any purchase order entered into pursuant to a Statewide Price Agreement incorporates by this language all the terms and conditions of that Statewide Price Agreement and by accepting payment under this purchase order the Contractor agrees to and accepts all the terms and conditions of the Statewide Price Agreement.