CONTRACT NO. 665-22-24053 A.1
STATE OF NEW MEXICO
FOR
MEDICAL STAFFING SERVICES

THIS AGREEMENT is made and entered into by and between the New Mexico Department of Health and the State of New Mexico, herein after referred to as the "Agency", and Jogan Health, LLC, herein after referred to as the "Contractor."

IT IS MUTUALLY AGREED BETWEEN THE PARTIES THAT THE FOLLOWING PROVISIONS OF THE ABOVE-REFERENCED CONTRACT ARE AMENDED AS FOLLOWS:

**Article 2, Scope of Work, is hereby amending task 1 as follows:**

Task 1. original Scope of Work shall be amended to increase the total number of Support Service Providers to be deployed to Participating Facilities from over two hundred (200 Practitioners) to over three hundred (300 Practitioners).

**Article 3, Compensation, of original contract shall replace the last paragraph, Total Compensation, with the following:**

3. <u>Compensation.</u>

The total compensation under this Agreement shall not exceed **$44,459,000**, including New Mexico Gross Receipts tax. Gross Tax receipts will be added to program billing and will be billed to the State in addition to the amount billed under this contract.

**Article 39, Federal Grant or Other Federally Funded Contracts, is hereby amended as follows:**

The second Provision G is changed to Provision H.

Provision H: For contracts that involve the expenditure of federal funds, Contractor must comply with section 6002 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 CFR part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition, where the purchase price of the item exceeds $10,000 or the value of the quantity acquired during the preceding fiscal year exceeded $10,000; procuring solid waste management services in a manner that maximizes energy and resource recovery; and establishing an affirmative procurement program for procurement of recovered materials identified in the EPA guidelines.

**The following new provisions are being added to Article 39:**

I. For contracts that involve the expenditure of federal funds, contractor shall comply with the following provisions;
   a. Contract Work Hours and Safety Standards Act;
   b. Shall not use the DHS seal(s), logos, crests, or reproductions of flags or likene[ss]

**EXHIBIT 1A**

DocuSign Envelope ID: 310B5A67-CBF5-43C2-B92C-6EC7E811A7A3

c. Shall comply with all applicable federal law, regulations, executive orders, and FEMA policies, procedures and directives;
d. Acknowledges that the Federal Government is not a party to this Agreement and is not subject to any obligations or liabilities to any party under this Agreement;
e. Acknowledges that Title 31 United States Code Chapter 38 (Administrative Remedies for False Claims and Statements) applies to Contractor's actions pertaining to this Agreement;
f. Shall comply with the requirements of the Federal Acquisition Regulations 25.100 to 105.

**All other articles of original contract shall remain the same.**

**THIS SECTION INTENTIONALLY LEFT BLANK**

**IN WITNESS WHEREOF, the parties have executed at Santa Fe, New Mexico. The effective date is the date of approval by the Agency set out hereinafter.**

STATE OF NEW MEXICO
NEW MEXICO DEPARTMENT OF HEALTH

By: _____     Date: Dec 28, 2021 | 12:44 AM

Authorized Signature Designee

CERTIFIED FOR LEGAL SUFFICIENCY:

By: Joey Wright _____    Date: Dec 22, 2021 | 1:41 PM

New Mexico Department of Health
Assistant General Counsel

CONTRACTOR

By: Dan Dietrich _____

Title: President _____   Date: Dec 22, 2021 | 11:48 AM

The records of the Taxation and Revenue Department reflect that the Contractor is registered with the Taxation and Revenue Department of the State of New Mexico to pay gross receipts and compensating taxes.

ID Number: **03-565416-00-3**

By: AnnMarie Lucero _____   Date: Dec 22, 2021 | 10:12 AM

Taxation and Revenue Department

This Agreement has been approved by the GSD/SPD Contracts Review Bureau:

By: Not Applicable _____    Date: _____

GSD/SPD Contracts Review Bureau