DocuSign Envelope ID: 310B5A67-CBF5-43C2-B92C-6EC7E811A7A3

665-22-24053-A.2

# CONTRACT NO. 665-22-24053-A.2
## STATE OF NEW MEXICO
## FOR
## MEDICAL STAFFING
## SERVICES

THIS AGREEMENT is made and entered into by and between the New Mexico Department of Health and the State of New Mexico, herein after referred to as the "Agency", and Jogan Health, LLC, herein after referred to as the "Contractor."

IT IS MUTUALLY AGREED BETWEEN THE PARTIES THAT THE FOLLOWING PROVISIONS OF THE ABOVE-REFERENCED CONTRACT ARE AMENDED AS FOLLOWS:

**Article 2, Scope of Work, is hereby amending the following Tasks:**

**Task 1 Amendment 2 Scope of Work** is hereby amended to increase the total amount of Support Service Providers to be deployed to Participating Facilities from over three hundred (300) Practitioners to over four hundred (400) Practitioners.

**Task 2 Subtask (v) Prior to Deployment:** (v) Proof of COVID-19 Vaccination (such proof to comply with the requirements under the Public Health Order which applies at the time of the deployment and is posted to https://cv.nmhealth.org/public-health-orders-and-executive-orders/). **Subtask (vi) Prior to Deployment:** (vi) Proof of negative COVID-19 test result by PCR or antigen test. **Subtask (vii) Prior to Deployment:** (vii) For all Nurse Practitioners requested by the Agency for deployment to New Mexico, Contractor will provide proof of submission of New Mexico application required for the Nurse Practitioner to operate at full capacity as a Nurse Practitioner at the requesting hospital.

**Task 6 Stand-Down Pay** - For each staff member who has been instructed by Contractor to travel to New Mexico at the request of the Agency for deployment as required under this contract but upon arrival has not been provided with an assignment, Contractor shall have the right to invoice the Agency for up to seven (7) days of "Stand-Down Pay." In order for staff member to be eligible for Stand Down Pay, Contractor must include documentation of staff member's license which either (a) allows the staff member to work at the contracted level of licensure for which they have been contracted by the Contractor, or (b) provide proof that the staff member has completed the required application for approval to practice at the level of practice for which they have been contracted by the Contractor. Stand-Down Pay shall be calculated by multiplying the applicable staff member's hourly rate by (8) hours, then multiplied by the actual number of days the staff member had to Stand-Down prior to being provided an assignment. In the event a staff member is not deployed for an assignment at the end of seven (7) days, Contractor and Agency shall confer to determine whether such staff member should remain in New Mexico subject to additional Stand-Down Pay or return home.

**EXHIBIT 1B**

DocuSign Envelope ID: 310B5A67-CBF5-43C2-B92C-6EC7E811A7A3

665-22-24053-A.2

Article 3, Compensation, of original contract shall replace the last paragraph, Total Compensation, with the following:

**3. Compensation.**
The total compensation under this Agreement shall not exceed $58,459,000, including New Mexico Gross Receipts tax. Gross Tax receipts will be added to program billing and will be billed to the State in addition to the amount billed under this contract.

All other articles of original contract shall remain the same.

**THIS SECTION INTENTIONALLY LEFT BLANK**

665-22-24053-A.2

**IN WITNESS WHEREOF, the parties have executed at Santa Fe, New Mexico. The effective date is the date of approval by the Agency set out hereinafter.**

STATE OF NEW MEXICO
NEW MEXICO DEPARTMENT OF HEALTH

By: _David Scrase_            Date: Mar 28, 2022 | 4:44 P

Authorized Signature Designee

CERTIFIED FOR LEGAL SUFFICIENCY:

By: _Joey Wright_            Date: Mar 28, 2022 | 4:04 P

New Mexico Department of Health
Assistant General Counsel

CONTRACTOR

By: _[signature]_

Title: President            Date: 2/25/2022

The records of the Taxation and Revenue Department reflect that the Contractor is registered with the Taxation and Revenue Department of the State of New Mexico to pay gross receipts and compensating taxes.

ID Number: **03-565416-00-3**

By: _AnnMarie Lucero_            Date: Mar 28, 2022 | 3:56 PM

Taxation and Revenue Department

This Agreement has been approved by the GSD/SPD Contracts Review Bureau:

By: _Not Applicable_            Date: _____

GSD/SPD Contracts Review Bureau

3